Vincent James John Romeo
Nevada Bar No.: 9670
VJJR Attorney at Law
3692 Poker Hand Court
Las Vegas, NV 89129

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## For the
# DISTRICT OF NEVADA

| | |
|---|---|
| TECHNOLOGY ONLINE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN HOME, a California corporation,<br><br>Defendant. | Case No.: 2:13-cv-00382<br><br>Hon. Judge: Gloria M Navarro<br>Hon. Magistrate Judge: Carl W. Hoffman<br><br>**STIPULATION RE DISMISSAL** |

## STIPULATION

It is hereby STIPULATED AND AGREED by and between Plaintiff and Counterclaim Defendant Technology Online, LLC ("Plaintiff") and Defendant and Counterclaimant Urban Home ("Defendant"), pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), as follows:

1. Plaintiff and Defendant dismiss with prejudice their respective claims asserted against each other in the action and in the counterclaim.

2. Each Party shall bear its own Attorneys' Fees and costs.

Dated this 17th day of May, 2013

VJJR Attorney at Law

By: _/s/__ *Vincent James John Romeo*__
VINCENT JAMES JOHN ROMEO
Nevada Bar Number 9670
3692 Poker Hand Court
Las Vegas, NV 89129
(702) 530-9242
Attorney for the Plaintiff and Counterclaim Defendant TECHNOLOGY ONLINE, LLC

WATSON ROUNDS PC

By: /s/ Matthew D. Francis, Esq.
Matthew D. Francis, Esq.
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Telefax: (775) 333-8171
Email: mfrancis@watsonrounds.com
Attorney for the Defendant and Counterclaimant URBAN HOME

**IT IS SO ORDERED**

Dated: May 20, 2013

_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION RE DISMISSAL